UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.  04-11514 WGY

|  |  |
|---|---|
| LOUIS W. DESIMONE and <br> DESIMONE ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC PRECISION SPRING, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S NOTICE OF FILING PAPERS PURSUANT TO LR 81.1(a)**

Pursuant to LR 81.1(a), Defendant Atlantic Precision Spring, Inc. files a certified copy of the state court docket and all pleadings filed in the state court prior to removal.

Respectfully submitted,
**DEFENDANT ATLANTIC
PRECISION SPRING, INC.,**

By its attorneys,

MURPHY, HESSE, TOOMEY & LEHANE, LLP

 /s/    Michael F.X. Dolan Jr.
Donald L. Graham, BBO# 206340
dgraham@mhtl.com
Michael F.X. Dolan, Jr. BBO# 565876
mdolan@mhtl.com
300 Crown Colony Drive, Ste. 410
Quincy, MA 02269-9126
617.479.5000