UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11514-WGY

LOUIS W. DeSIMONE and )
DeSIMONE ASSOCIATES, INC., )
)
Plaintiffs, )
)
v. )
)
ATLANTIC PRECISION SPRING, INC., )
)
Defendant. )

### DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH L.R. 16.1(D)(3)

Pursuant to LR 16.1(D)(3), Defendant Atlantic Precision Spring, Inc. ("Defendant") and its attorneys hereby certify that they have conferred regarding: (1) establishing a budget for the costs of litigation; and (2) consideration of resolving the instant matter through the use of alternative dispute resolution programs outlined in LR 16.4.

Respectfully submitted,

Defendant Atlantic Precision Spring, Inc.,

By: _____, Pres.
Authorized Representative

By its attorneys,

Murphy, Hesse, Toomey & Lehane, LLP

Michael F.X. Dolan, Jr., BBO# 565876
300 Crown Colony Drive, Ste. 410
Quincy, MA 02169
617.479.5000
mdolan@mhtl.com