UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11514-WGY

LOUIS W. DeSIMONE and )
DeSIMONE ASSOCIATES, INC., )
)
Plaintiffs, )
)
v. )
)
ATLANTIC PRECISION SPRING, INC., )
)
Defendant. )

## JOINT STATEMENT

Pursuant to Local Rule 16.1(D), the parties submit their Joint Statement and request that the Court adopt and Order the following proposed schedule:

A.   Joint Discovery Plan.

The parties request that the Court adopt and order the following discovery plan:

1. Service of written discovery requests are to be made and responses to be served no later than December 31, 2005.

2. Depositions of fact witnesses are to be completed no later than February 26, 2005.

3. Plaintiffs' trial expert witnesses, if any, are to be disclosed and reports and disclosure required by Rule 26(b) Fed.R.Civ.P. are to be furnished to Defendant's counsel by March 28, 2005.

4. Defendant's trial expert witnesses, if any, are to be disclosed and reports

1

and disclosure required by Rule 26(b) Fed.R.Civ.P. are to be furnished to Plaintiffs' counsel by March 28, 2005.

5. Defendant's Disclosure of Rebuttal Trial Experts and their Reports are to be furnished to Plaintiff's counsel no later than May 16, 2005.

6. Plaintiffs' Disclosure of Rebuttal Trial Experts and their Reports are to be furnished to Defendant's counsel no later than May 16, 2005.

7. All depositions of Rebuttal/Trial Experts to be completed by June 30, 2005.

B. Proposed Schedule For Filing Motions.

1. All amendments to the pleadings must be made no later than October 31, 2004.

2. Dispositive motions must be filed no later than July 15, 2005.

3. Pretrial conference to be scheduled at the court's convenience after July 15, 2005.

4. Trial to be scheduled by the court after July, 2005.

C. Certifications of Counsel.

Certifications will be provided separately at or before the Scheduling Conference.

Respectfully submitted.

For the Plaintiffs:

/s/
Claude B. Lavalle, BBO#566567
33 Bedford Street, Suite 9
Lexington, MA 02420
(781) 861 - 6573
lavallee@gis.net

For the Defendant:

/s/
Michael F.X. Dolan, Jr., BBO#565876
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, 4th Floor
Quincy, MA 02169
(617) 479 – 5000
mdolan@mgtl.com