UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Louis W. DeSimone et. al.
    Plaintiff,

VS.                                                  CIVIL ACTION
                                                     No. 04-11514 WGY

Atlantic Precision Spring, Inc.
    Defendant.

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF THE PLAINTIFFS**

In accordance with the Notice of Scheduling Conference issued by the court, Young, W., on July 27th, 2004 and Local Rule 16.1 (D)(3), the undersigned state that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation;

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY OF September 9, 2004.

DeSimone & Associates and
Louis W. DeSimone


/S/_____
Louis W. DeSimone , individually and as
agent to DeSimone Associates, Inc.

By its Attorney,


/S/_____
Claude B. Lavallee, Esq.
B.B.O. # 566567
 33 Bedford Street, Ste 9
Lexington, MA. 02420
(781) 861-6573

**Certificate of Service**

   I certify that on this 9th day of September 2004 , I served a copy of Plaintiffs' Local Rule 16.1(D)(3) Certification of the Plaintiffs, as set forth below, by first -class mail, postage prepaid on the following:

Murphy, Hesse, Toomey & Lehane, LLP, Attn; Michael F.X. Dolan, Jr. , 300 Crown Colony Drive, Suite 410( P.O.  Box 9126) Quincy, MA.  02269-9126.


            /S/_____
            Claude B. Lavallee, Esq.