UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11514-WGY

|  |  |
|---|---|
| LOUIS W. DeSIMONE and<br>DeSIMONE ASSOCIATES, INC.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ATLANTIC PRECISION SPRING, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) **STIPULATION OF DISMISSAL**<br>) **WITH PREJUDICE**<br>)<br>)<br>)<br>)<br>) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Louis W. DeSimone and DeSimone Associates, Inc. ("Plaintiffs") and Defendant Atlantic Precision Spring, Inc. ("Defendant") hereby stipulate to the dismissal of the instant action with prejudice and without costs, interest and/or further right of appeal.

Respectfully submitted,

| **PLAINTIFFS**, | **DEFENDANTS**, |
|---|---|
| By their attorneys, | By their attorneys, |
| **LAW OFFICES OF<br>CLAUDE B. LAVALLEE** | **MURPHY, HESSE, TOOMEY &<br>LEHANE, LLP** |
| By:　/s/_____<br>　Claude B. Lavallee/BBO #566567<br>　lavallee@gis.net<br>　33 Bedford Street, Suite 9<br>　Lexington, MA 02420<br>　(781) 861-6573 | By:　/s/_____<br>　Michael F.X. Dolan, Jr./BBO# 565876<br>　mdolan@mhtl.com<br>　300 Crown Colony Drive, Suite 410<br>　Quincy, MA 02169-9126<br>　(617) 479-5000 |

Case 1:04-cv-11514-WGY    Document 10    Filed 01/27/2005    Page 2 of 2